UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA C.A., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 25-cv-1831-SBC <br><br> **ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS [ECF NO. 3]** |

Presently before the Court is an Application to Proceed in District Court Without Prepaying Fees or Costs, referred to as an application to proceed *in forma pauperis* ("IFP"). (ECF No. 3.) According to the application, Plaintiff's assets include three vehicles: a 2000 Hyundai Elantra valued at $800.00, a 2004 Nissan Maxima valued at $2,240.00, and a 2017 Ford Focus valued at $3,600.00. (*Id.* at 3.) Plaintiff states that the 2004 Nissan and 2017 Ford are "[i]n my name, but other family member drives." (*Id.*)

A federal court may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing that the party is unable to pay the required filing fee. 28 U.S.C. 1915(a). "An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d

1226, 1234 (9th Cir. 2015). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty." *Id.* (internal quotation marks omitted).

Given that Plaintiff's assets include the ownership of three vehicles, the Court is unable to conclude, without further information, whether Plaintiff is unable to pay the requisite filing fee. It is unclear, for example, how and why Plaintiff, who appears to be indigent based on the other information in her application, owns three vehicles, as well as whether Plaintiff's family members' use of two of the vehicles generates income for Plaintiff.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff file a supplemental brief addressing her ownership of three vehicles, and why this does not impact her allegation of inability to pay the filing fee. The supplemental brief must be filed by August 8, 2025, in order for the Court to further consider Plaintiff's application. If a supplemental brief is not filed, the application will be denied without prejudice.

**IT IS SO ORDERED.**

Dated: August 1, 2025

Hon. Steve B. Chu
United States Magistrate Judge